EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 3 2004

at 12 o'clock and 15 min P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00025 HG |
| Plaintiff, | ) ) ) | SECOND SUPERSEDING INDICTMENT |
| v. | ) ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846] |
| DWAYNE GOUVEIA,         (01) GREGORY TROUT,          (03) and YOLANDA GUITTEREZ,    (04) | ) ) ) ) ) | |
| Defendants. | ) ) | |

SEALED
BY ORDER OF THE COURT

SECOND SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 7, 2004, in the District of Hawaii and elsewhere, DWAYNE GOUVEIA, knowingly and intentionally attempted to possess with the intent to distribute 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

The Grand Jury further charges:

From a date unknown, but in or about October 2003, to on or about January 7, 2004, in the District of Hawaii and elsewhere, DWAYNE GOUVIEA, GREGORY TROUT, and YOLANDA GUITTEREZ conspired together and with others known and unknown to the grand jury to knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## OVERT ACTS

1. On or about October 2003, YOLANDA GUITTEREZ and GREGORY TROUT met with Gavien Daniel, not charged as a defendant herein, in the State of California.

2. On or about December 2003, YOLANDA GUITTEREZ spoke on the telephone with Gavien Daniel, not charged as a defendant herein.

3. On or about December 2003, YOLANDA GUITTEREZ accepted a Federal Express parcel.

4. On or about January 5, 2004, YOLANDA GUITTEREZ arranged for a Federal Express parcel to be sent to Hawaii.

5. On or about January 7, 2004, DWAYNE GOUVEIA accepted receipt of a Federal Express parcel.

All in violation of Title 21, United States Code, Section 846.

DATED: _5.13.2004_, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney